James Pierno, an Infant, by Lewis Pierno, His Guardian ad Litem, Appellant, v. H. Clausen & Son Brewing Company, Respondent.— Judgment reversed and new trial granted, costs to abide the event. The questions of the mother's contributory negligence and the defendant's negligence were for the jury. Hooker, Gaynor and Rich, JJ., concurred; Woodward and Jenks, JJ., dissented.

The People of the State of New York, Respondent, v. Westchester Traction Company, Appellant.— Interlocutory judgment affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Hooker, Gaynor and Rich, JJ., concurred.

William Renninger, an Infant, by Gotlieb Renninger, His Guardian ad Litem, Respondent, v. Richard Richey, Defendant, Impleaded with Richard B. Browne and William Donald, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Hooker, Gaynor and Rich, JJ.

Enoch Rutzler, Respondent, v. George A. Fuller Company, Appellant.— Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ., concurred.

Walter B. Solinger, an Infant, etc., Respondent, v. The Brooklyn Heights Railroad Company, Appellant.— Judgment of the Municipal Court affirmed, with costs, on the authority of *Munro* v. *Brooklyn Heights Railroad Co.*(120 App. Div. 516), decided herewith. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

·Edward F. Wynne, Respondent, v. Gertrude R. Waldo, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Hooker, Gaynor and Rich, JJ.

James E. Bennet, Respondent, v. George Herold, Appellant.— Motion granted upon condition that the defendant give an undertaking conditioned upon the payment of any final judgment that may be rendered against him. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

William Brudi, Plaintiff, v. Sarah E. Van Houten and Others, Defendants. John McCormick, Impleaded, Appellant; Sidney A. Clarkson, Attorney for Defendants Snyder and Others, Impleaded, Respondent; Adolph Vanrein, Referee, Respondent.— Motion to correct return and supply papers granted, with costs. Present — Hirschberg, P. J., Woodward, Hooker, Gaynor and Rich, JJ.

Violet Carabba, an Infant, by Napoleone Carabba, Her Guardian ad Litem, Respondent, v. Brooklyn Borough Gas Company, Appellant.— Motion for reargument denied, with costs. Present — Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ. (See 119 App. Div. 872.)··

Joseph G. Cleveland, Appellant, v. The Board of Education of the City of New York, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ.

Frank D. Creamer, Respondent, v. The Metropolitan Securities Company and Robert S. Bussing, Appellants.— As the interlocutory judgment gives the appellants the right to plead over, this motion is unnecessary; therefore and for this reason it is denied, with ten dollars costs. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.